UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Kenneth Eng

Plaintiffs

Laura Podolnick
David Sticher
Annalee Newitz
Wired Magazine

Defendant

AMENDED COMPLAINT

14cv 4675 (LAP)

USDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED #: 9/12/14

I.    Parties

PO Box 527315 Flushing NY. 11352

Plaintiff Kenneth Eng resides at ▓▓▓▓▓▓▓▓▓▓▓▓▓▓
Defendant Laura Podolnick resides at 322 Eighth Ave., 5th Fl, New York, NY 10001
Defendant David Sticher resides at unknown, place of employment unknown
Defendant Annalee Newitz resides at 4 Times Square, New York, NY 10036
Defendant Wired Magazine resides at 4 Times Square, New York, NY 10036

SEP 12 2014

PRO SE OFFICE

II.    The jurisdiction of the Court is invoked pursuant to 17 U.S. CODE § 501.
III.   I ask that the statute of limitations be extended due to the fact that I have been on probation since 2007 and was advised by my attorney not to pursue legal action until after I was off probation. Furthermore, I did start the process of legal action in March 2007, when I hired an attorney to send cease and desist letters to the defendants named above. They did not comply.

Laura Podolnick violated the copyright of my project The 0th Dimension in 2006 and 2007. As far back as November 2006 and up until February 2007, she and her groupies on MySpace (a now defunct website) posted sections of my screenplay The 0th Dimension on her MySpace page. These were substantial sections, the longest of which was 1 contiguous page of the 93-page screenplay. They acquired this screenplay illegally.

David Sticher violated the copyright of The 0th Dimension (screenplay version) by publishing several sections on Laura Podolnick's website. He then emailed a copy of my screenplay to Annalee Newitz, who is a journalist who writes for Wired Magazine. She posted large sections of the screenplay on her blog. Please see the following:

http://archive.wired.com/table_of_malcontents/2007/03/kenneth_engs_un/
http://archive.wired.com/table_of_malcontents/2007/03/go_deep_inside_/

The 0th Dimension is registered in the Copyright Office — Reg # PAu2-300-054

*I became aware of the infringement I think somewhere around 2012 or 2013.*

These infringements damaged the sales of The 0th Dimension novel, which was published on February 19, 2007 by FurNation. It was also a serious violation of my honor, as I did not give anyone permission to publish the screenplay. I was unable to identify the person who allegedly passed the screenplay to Sticher, and I am not even sure Mr. Sticher's story is valid.

This cyberbullying was deeply unjust because it was the sort of thing one expects from a junior high school playground. The fact that I hate niggers does not mean that I deserve this sort of abuse. Furthermore, Podolnick is a cowardly woman, probably someone who has never gotten into a real fight in her life, and who resorts to trash-talking over the internet. She did not take offense to the hundreds of racist comments niggers make about Asians in the entertainment and publishing industries, even though she worked in the publishing industry and probably saw those racist actions all the time. She is a disgrace to her race, an evil defender of injustice, and should be ashamed of herself.

Sticher is also a coward. He too has a childlike hive mentality common amongst liberals and Jews (judging by his face and name, he is most likely descended from a Holocaust prisoner). Someone by the pseudonym "Sticherbeast" posted multiple slanderous remarks about me on the internet after I published an article entitled "Why I Hate Blacks." These remarks were nothing more than "Ha, ha, this Asian guy doesn't agree with us, so let's laugh at him." I am not sure what legal doctrine this would fall under. He has gravely dishonored me through his actions, as have other Jews. He is a coward who would defend the very coons who discriminate against him, but I abstain from preaching. The fact is that this person, this thing, is true evil. A simple google search of his social media will show photos of him laughing and partying with his idiot friends, indicating that he has no remorse over what he has done.

Newitz is also a coward. She is more or less the same as Sticher and Jews in general, essentially a clone. Perhaps there is some kind of law against slander that I can charge her with. Her behavior, even if not illegal, is dishonorable even for a Jew (I assume she is based on her face, and the Jewish-sounding name). I know this isn't relevant to a lawsuit, but I must say that these "people" laugh too much at other people's misery.

Bottom line is, these three liberal hive drones should be ashamed of themselves. They suck up to the niggers and poke fun at Asians. Disgusting. Wired Magazine is also responsible for supporting Newitz and garbage like her who masquerade as "decent individuals."

IV.    I am seeking $10,000,000 in damages from each of these walking cesspools and from Wired Magazine.

June 7, 2014

917-573-9453

*I also Registered The 0th Dimension #VAu 603-896 — Please see #VAu 603-896 for more — Title*

